**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Carol M. Highsmith Photography Incorporated** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-2093005** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7501 Carroll Avenue** <br> **Takoma Park, MD 20912** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.CarolHighsmithAmerica.com** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Carol M. Highsmith Photography Incorporated**                    Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    7115

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

    ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

    ☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Highsmith, Carol M.** | Relationship | **Affiliate** |
| District | **District of Maryland** | When | **3/26/20** | Case number, if known | _____ |

Debtor  **Carol M. Highsmith Photography Incorporated**                    Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
         Contact name     _____
         Phone            _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Carol M. Highsmith Photography Incorporated**                                    Case number (*if known*) _____
           Name

**█ Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 26, 2020**
               MM / DD / YYYY

**X** **/s/ Carol M. Highsmith**                                    **Carol M. Highsmith**
Signature of authorized representative of debtor                  Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Brent C. Strickland**                    Date **March 26, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Brent C. Strickland 22704**
Printed name

**Whiteford, Taylor & Preston LLP**
Firm name

**Seven Saint Paul Street**
**Suite 1500**
**Baltimore, MD 21202-1636**
Number, Street, City, State & ZIP Code

Contact phone    410-347-9402          Email address    bstrickland@wtplaw.com

**22704 MD**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Carol M. Highsmith Photography Incorporated**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 26, 2020**    X **/s/ Carol M. Highsmith**
Signature of individual signing on behalf of debtor

**Carol M. Highsmith**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Carol M. Highsmith Photography Incorporated</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................. $     **0.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................................. $     **46,000.00**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................................. $     **46,000.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **502,181.42**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **284,239.42**

4. **Total liabilities** ...................................................................................................................
Lines 2 + 3a + 3b          $     **786,420.84**

**Fill in this information to identify the case:**

Debtor name **Carol M. Highsmith Photography Incorporated**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **BB&T Checking account xx-1550 - balance is $-63.27** | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
| --- | --- |
| | $0.00 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Carol M. Highsmith Photography Incorporated**                    Case number *(if known)* _____
            <sub>Name</sub>

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **One 9800 Epson color printer (6 years old)** **One 7800 Epson color printer (6 years old)** **One 3880 Epson color printer (6 years old)** **Two laser printers (6-7 years old)** | **Unknown** | | **Unknown** |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                      **$0.00**
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☑ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Carol M. Highsmith Photography Incorporated** | Case number *(If known)* |
|---|---|---|
| | Name | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2019 Ford Expedition - VIN 1FMJU1JT6KEA61569** | Unknown | NADA estimate | $46,000.00 |
|---|---|---|---|---|

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Camera, photography equipment and computer equipment (See Attached Lists). Equipment is subject to various financing agreements and leases.** Unknown Unknown

**51.** **Total of Part 8.** $46,000.00
Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Carol M. Highsmith Photography Incorporated**                   Case number *(If known)*  _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $46,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $46,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $46,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Carol M. Highsmith Photography Incorporated**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property               12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Advantage Leasing Corp.**
Creditor's Name

**Attn: Dimitrios Kolintzas
13400 Bishop's Lane, Suite 280
Brookfield, WI 53005**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
11/22/2016**
**Last 4 digits of account number
9240**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Cameras and photography equipment listed on Pro Photo Invoices**

**Describe the lien**
**Equipment Financing Statement #161122-1110004**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**   Value of collateral: **Unknown**

**2.2  Ampil Leasing**
Creditor's Name

**Insight Investments, LLC
611 Anton Blvd., Suite 700
Costa Mesa, CA 92626**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0501**

**Describe debtor's property that is subject to a lien**
**Camera equipment**

**Describe the lien**
**Equipment Finance Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **Unknown**   Value of collateral: **Unknown**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor **Carol M. Highsmith Photography Incorporated**                Case number *(if known)* _____

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **BB&T Commercial Equipment Capital Corp.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**2 Great Valley Parkway, Suite 300 Malvern, PA 19355**

Creditor's mailing address

**Goods, software and equipment financed by secured party through 'purchase money' or lease transactions.**

**Describe the lien**

**Equipment Finance Agreement - 180529-1028000**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**5/29/2018**

**Last 4 digits of account number**
**7618;8002**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BSB Leasing** | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Justin Sedillo, Account Rep. PO Box 2149 Gig Harbor, WA 98335**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4871**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CHTD Company** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Carol M. Highsmith Photography Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's Name

Present and future accounts, receivables,
chattel paper, deposit accounts, personal
property, assets and fixtures, general
intangibles, instruments, equipment and
inventory

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**

**Financing Statement 171002-1127000**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2/2017**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **CIBM Bank** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Cameras and photography equipment listed on Pro Photo Invoices**

**2323 N. Mayfair Road**
**Waukesha, WI 53186**

Creditor's mailing address

**Describe the lien**

**Equipment Financing Statement #161122-1110004**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/22/2016**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **CIT Bank, N.A.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**All assets; Photographic equipment supplied by Pro Photo, Inc.**

**10201 Centurion Parkway**
**N. #100**
**Jacksonville, FL 32256**

Creditor's mailing address

**Describe the lien**

**Equipment Installment Payment Agreement - 180622-1607000**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/22/2018**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor  **Carol M. Highsmith Photography Incorporated**
Name

Case number *(if known)*

Last 4 digits of account number
**6438**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Coconut Funding LLC** | Describe debtor's property that is subject to a lien | $158,372.50 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Rhett A. Frimet, Esq**
**10 East 40th Street, 46th**
**Floor**
**New York, NY 10016**
Creditor's mailing address

**Collateral described in UCC 1-190502-1032000**

Describe the lien

**Stipulation of Settlement - Index No. 035979/2019**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**5/30/2019**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Crestmark Vendor Finance,** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**a division of MetaBank**
**5480 Corporate Drive, Suite 350**
**Troy, MI 48098**
Creditor's mailing address

**All of the equipment and all modifications, additions, replacements and substitutions and proceeds thereto, in whole or in part, as described on Equipment Finance Agreement #183184-VF000.**

Describe the lien

**Equipment Finance Agreement - 181204-1452000**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**11/13/2018**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**F000**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Carol M. Highsmith Photography Incorporated**                     Case number (if known) _____
      Name

| 2.10 | **Financial Pacific Leasing, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Financial Pacific Leasing, Inc.**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment and property subject to Lease Agreement**

                   **Unknown**          **Unknown**

**Attn: Mason Allbright, Asset Recovery**
**PO Box 4568**
**Auburn, WA 98001**
Creditor's mailing address

**Describe the lien**
**Equipment Financing Statement - 0000000181537936**

Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/28/2015**
Last 4 digits of account number
**3302**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**Financial Pacific Leasing, Inc.**
Creditor's Name

| 2.11 | | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
**Equipment and property subject to Lease Agreement**

**Attn: Mason Allbright, Asset Recovery**
**PO Box 4568**
**Auburn, WA 98001**
Creditor's mailing address

**Describe the lien**
**Equipment Financing Statement - 180213-1823000**

Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/13/2018**
Last 4 digits of account number
**3303**
Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.12 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | **$79,741.00** | **$46,000.00** |
|---|---|---|---|---|

**Ford Motor Credit**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2019 Ford Expedition - VIN 1FMJU1JT6KEA61569**

**PO Box 17948**
**Greenville, SC 29606-4016**
Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 12

Debtor  **Carol M. Highsmith Photography Incorporated**                     Case number (if known) _____

Name

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5906**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **Leaf Capital Funding, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**

**Photography equipment from Pro Photo - Invoice #I-6328676**

Creditor's mailing address

**Describe the lien**
**Equipment financing - 181128-1354000**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/23/2018**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5733**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Leaf Capital Funding, LLC** | **Describe debtor's property that is subject to a lien** | **$48,069.05** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2005 Market Street, Suite 1400**
**Philadelphia, PA 19103**

**Photography equipment**

Creditor's mailing address

**Describe the lien**
**Equipment Finance Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8003**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Debtor **Carol M. Highsmith Photography Incorporated**     Case number (if known) _____
_____
Name

| 2.15 | **LG Funding LLC** | | $40,000.00 | Unknown |

Creditor's Name

**1218 Union Street**
**Brooklyn, NY 11225**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/30/2019**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All of personal property of every kind**

Describe the lien
**Continuing Security Interest - UCC**
**1-190530-1307001**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Mintaka Financial, LLC** | | Unknown | Unknown |

Creditor's Name

**PO Box 2149**
**Gig Harbor, WA 98335**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/3/2018**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Photography equipment**

Describe the lien
**Equipment Financing Statement -**
**180403-1300000**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Pawnee Leasing Corporation** | | Unknown | Unknown |

Creditor's Name
**Attn: Brian Plaster,**
**Collections Div.**
**3801 Automation Way,**
**Suite 207**
**Fort Collins, CO 80525**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Photography equipment supplied by Kenyon**
**Laboratories, LLC and Pro Photo, Inc.**

Describe the lien
**Equipment Financing Statement**
**0000000181553222**
Is the creditor an insider or related party?
■ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 7 of 12

Debtor **Carol M. Highsmith Photography Incorporated**                    Case number (if known) _____
_____ Name _____

Creditor's email address, if known          ☐ Yes
_____                                      **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**3/9/2016**                                 ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**0865**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 8 | **Pawnee Leasing Corporation** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**Attn: Brian Plaster, Collections Div.**      **Photography equipment supplied by Pro Photo, Inc.**
**3801 Automation Way, Suite 207**
**Fort Collins, CO 80525**
_____ Creditor's mailing address _____     **Describe the lien**
                                                **Equipment Financing Statement**
                                                **180326-1806000**
                                                **Is the creditor an insider or related party?**
                                                ■ No
_____ Creditor's email address, if known _____   ☐ Yes
                                                **Is anyone else liable on this claim?**
**Date debt was incurred**                      ■ No
**3/26/2018**                                   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**0865**
**Do multiple creditors have an**               **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.

---

| 2.1 9 | **Pro Photo Camera** | Describe debtor's property that is subject to a lien | **$140,162.00** | **Unknown** |

Creditor's Name

**Attn: Sally Baghdassarian**                   **Photography equipment  (See Attached List)**
**2000 Pennsylvaina Avenue, NW**
**Washington, DC 20006**
_____ Creditor's mailing address _____      **Describe the lien**

                                                **Is the creditor an insider or related party?**
                                                ■ No
_____ Creditor's email address, if known _____   ☐ Yes
                                                **Is anyone else liable on this claim?**
**Date debt was incurred**                       ■ No
                                                ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**Do multiple creditors have an**                **As of the petition filing date, the claim is:**
**interest in the same property?**               Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Carol M. Highsmith Photography Incorporated**                    Case number (if known) _____
_____
Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **U.S. Bank Equipment Finance, a division** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name
**of U.S. Bank National
Association
1310 Madrid Street, Suite
100
Marshall, MN 56258**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All present and future goods and property
financed under Equipment Finance
Agreement No. 1**

**Describe the lien**
**Equipment Financing Statement -
180907-1621000**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**9/7/2018**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **UniFi Equipment Finance, Inc.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name
**Attn Cynthia Bolin,
Portfolio Specialist
3893 Research Park Drive
Ann Arbor, MI 48108**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Digital camera and camera backs supplied by
Omega Broadcast Group, L.P., Digital
Transitions, Inc. and Pro Photo Inc.**

**Describe the lien**
**Equipment Finance Agreement -
161216-1112003**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/15/2016**
**Last 4 digits of account number**
**4509;0002**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Western Equipment Finance, Inc.** | **Describe debtor's property that is subject to a lien** | $12,175.38 | Unknown |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Carol M. Highsmith Photography Incorporated**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| Creditor's Name | **Photography lenses and camera equipment** |
| **503 Highway 2 West** | |
| **Devils Lake, ND 58301** | |
| Creditor's mailing address | **Describe the lien** |
| | **Master Equipment Financing Agreement -** |
| | **180517-1023000** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **5/17/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2810** | |
| Do multiple creditors have an | As of the petition filing date, the claim is: |
| interest in the same property? | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |

---

| | | | |
|---|---|---|---|
| **2.2 3** **Western Equipment Finance, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| Creditor's Name | **Photography equipment** | | |
| **503 Highway 2 West** | | | |
| **Devils Lake, ND 58301** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Equipment Financing Agreement** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **8008** | | | |
| Do multiple creditors have an | As of the petition filing date, the claim is: | | |
| interest in the same property? | Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, | ☐ Unliquidated | | |
| including this creditor and its relative | ☐ Disputed | | |
| priority. | | | |

---

| | | | |
|---|---|---|---|
| **2.2 4** **Western Equipment Finance, Inc.** | Describe debtor's property that is subject to a lien | **$2,886.02** | **Unknown** |
| Creditor's Name | **Photography equipment** | | |
| **503 Highway 2 West** | | | |
| **Devils Lake, ND 58301** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Equipment Financing Agreement** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 12

Debtor  **Carol M. Highsmith Photography Incorporated**                    Case number (if known) _____
        Name

8007

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Western Equipment Finance, Inc.** | | | $10,611.36 | Unknown |

Creditor's Name

**503 Highway 2 West
Devils Lake, ND 58301**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Photography equipment**

**Describe the lien**
**Equipment Financing Agreement -171004-1608000**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**10/4/2017**
**Last 4 digits of account number**
**8616**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Western Equipment Finance, Inc.** | | | $10,164.11 | Unknown |

Creditor's Name

**503 Highway 2 West
Devils Lake, ND 58301**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Photography equipment**

**Describe the lien**
**Equipment Financing Agreement - 171213-1606000**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/13/2017**
**Last 4 digits of account number**
**5174**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $502,181.42

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

---

Debtor    **Carol M. Highsmith Photography Incorporated**                    Case number (if known) _____
_____
Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Amy Z. Cleary**<br>**605 Morgan Avenue, Suite 3**<br>**Brooklyn, NY 11222** | Line __2.8__ | |

**Fill in this information to identify the case:**

Debtor name   **Carol M. Highsmith Photography Incorporated**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**American Express Gold**<br>**PO Box 981535**<br>**El Paso, TX 79998**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  1005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**American Express Hilton**<br>**PO Box 981535**<br>**El Paso, TX 79998**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  1001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,587.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**American Express Platinum**<br>**PO Box 981535**<br>**El Paso, TX 79998**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  4009** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,242.03** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**BB&T Bank Retail Lending**<br>**PO Box 580048**<br>**Charlotte, NC 28258-0048**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  5998** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$52,116.31** |

| Debtor | **Carol M. Highsmith Photography Incorporated** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,500.00 |
|---|---|---|---|

**Ben Sam**
**6419 Thrasher Loop**
**Westerville, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**Bluevine**
**Attn: Giosue D'Esposito, Resolution Dept**
**30 Montgomery Street, #1400**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,237.25 |
|---|---|---|---|

**Creditors Relief, LLC**
**Coconut Funding**
**Kim S. Cassisa, Managing Negotiator**
**120 Sylvan Avenue, Suite 300**
**Englewood Cliffs, NJ 07632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,656.83 |
|---|---|---|---|

**Elan**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Fundbox**
**Attn: Resolutions Department**
**300 Montgomery Street, Suite 900**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,000.00 |
|---|---|---|---|

**Green Capital Funding, LLC**
**GSC Funding**
**Attn: David Singfer**
**53 Mason Street**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,400.00 |
|---|---|---|---|

**Kris Von Ahn**
**46 Frontenac Estates Dr.**
**Saint Louis, MO 63131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

| Debtor | **Carol M. Highsmith Photography Incorporated** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 284,239.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 284,239.42 |

**Fill in this information to identify the case:**

Debtor name   **Carol M. Highsmith Photography Incorporated**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
| | State the term remaining | | **Advantage Leasing Corp.** |
| | | | **Attn: Dimitrios Kolintzas** |
| | List the contract number of any government contract | _____ | **13400 Bishop's Lane, Suite 280** |
| | | | **Brookfield, WI 53005** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
| | State the term remaining | | **Ampil Leasing** |
| | | | **Insight Investments, LLC** |
| | List the contract number of any government contract | _____ | **611 Anton Blvd., Suite 700** |
| | | | **Costa Mesa, CA 92626** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
| | State the term remaining | | **BB&T Commercial Equipment Capital Corp.** |
| | | | **2 Great Valley Parkway, Suite 300** |
| | List the contract number of any government contract | _____ | **Malvern, PA 19355** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
| | State the term remaining | | **BSB Leasing** |
| | | | **Attn: Justin Sedillo, Account Rep.** |
| | List the contract number of any government contract | _____ | **PO Box 2149** |
| | | | **Gig Harbor, WA 98335** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Carol M. Highsmith Photography Incorporated**                     Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **CIBM Bank** |
| | List the contract number of any government contract | | **2323 N. Mayfair Road** **Waukesha, WI 53186** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **CIT Bank, N.A.** |
| | List the contract number of any government contract | | **10201 Centurion Parkway N. #100** **Jacksonville, FL 32256** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **Crestmark Vendor Finance** |
| | List the contract number of any government contract | | **a division of MetaBank** **5480 Corporate Drive, Suite 350** **Troy, MI 48098** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **Financial Pacific Leasing, Inc.** |
| | List the contract number of any government contract | | **Attn: Mason Allbright, Asset Recovery** **PO Box 4568** **Auburn, WA 98001** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **Leaf Capital Funding, LLC** |
| | List the contract number of any government contract | | **2005 Market Street, 14th Floor** **Philadelphia, PA 19103** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **LG Funding LLC** |
| | List the contract number of any | | **1218 Union Street** **Brooklyn, NY 11225** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Carol M. Highsmith Photography Incorporated**                    Case number *(if known)* _____
    First Name          Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **Mintaka Financial, LLC** |
| | List the contract number of any government contract | | **PO Box 2149** |
| | | | **Gig Harbor, WA 98335** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **Pawnee Leasing Corporation** |
| | List the contract number of any government contract | | **Attn: Brian Plaster, Collections Div.** |
| | | | **3801 Automation Way, Suite 207** |
| | | | **Fort Collins, CO 80525** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **Pro Photo Camera** |
| | List the contract number of any government contract | | **Attn: Sally Baghdassarian** |
| | | | **2000 Pennsylvaina Avenue, NW** |
| | | | **Washington, DC 20006** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **U.S. Bank Equipment Finance, a division** |
| | List the contract number of any government contract | | **of U.S. Bank National Association** |
| | | | **1310 Madrid Street, Suite 100** |
| | | | **Marshall, MN 56258** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | State the term remaining | | **UniFi Equipment Finance, Inc.** |
| | List the contract number of any government contract | | **Attn Cynthia Bolin, Portfolio Specialist** |
| | | | **3893 Research Park Drive** |
| | | | **Ann Arbor, MI 48108** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Photography equipment** | |
|---|---|---|---|
| | | | **Western Equipment Finance, Inc.** |
| | | | **503 Highway 2 West** |
| | | | **Devils Lake, ND 58301** |

Debtor 1    **Carol M. Highsmith Photography Incorporated**                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract        _____

---

**Fill in this information to identify the case:**

Debtor name    **Carol M. Highsmith Photography Incorporated**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Carol M. Highsmith** | **7501 Carroll Avenue**<br>**Takoma Park, MD 20912-5715** | **Coconut Funding LLC** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Carol M. Highsmith** | **7501 Carroll Avenue**<br>**Takoma Park, MD 20912** | **LG Funding LLC** | ■ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Carol M. Highsmith Photography Incorporated**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$110,330.00** |
    | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$118,000.00** |
    | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$46,872.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |

Debtor    Carol M. Highsmith Photography Incorporated

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Coconut Funding LLC** c/o Rhett A. Frimet, Esq 10 East 40th Street, 46th Floor New York, NY 10016 | 3/10/2020 | $24,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Creditors Relief, LLC Coconut Funding LLC** Kim S. Cassisa, Managing Negotiator 120 Sylvan Avenue, Suite 300 Englewood Cliffs, NJ 07632 | **Payments made in amounts which total a minimum of $7,000.** | $7,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Coconut Funding LLC v. Carol M. Highsmith Photography Inc., et al. 035979/2019** | **contract** | **Supreme Court of the State of New York County of Rockland 1 South Main Street New City, NY 10956** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**

Debtor    Carol M. Highsmith Photography Incorporated                    Case number *(if known)*

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Whiteford, Taylor & Preston LLP**<br>**Seven Saint Paul Street**<br>**Suite 1500**<br>**Baltimore, MD 21202-1636** | | **March 20, 2020** | **$2,085.00** |
| | **Email or website address**<br>**www.wtplaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Debtor   Carol M. Highsmith Photography Incorporated                    Case number *(if known)*

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    Carol M. Highsmith Photography Incorporated                          Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | Carol M. Highsmith Photography Incorporated | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

�■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Carol M. Highsmith**<br>**7501 Carroll Avenue**<br>**Takoma Park, MD 20912** | **August 2016 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Carol M. Highsmith**<br>**7501 Carroll Avenue**<br>**Takoma Park, MD 20912** | **August 2016 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Carol M. Highsmith**<br>**7501 Carroll Avenue**<br>**Takoma Park, MD 20912** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   __Carol M. Highsmith Photography Incorporated__   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Carol M. Highsmith** | **7501 Carroll Avenue**<br>**Takoma Park, MD 20912** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 26, 2020__

__/s/ Carol M. Highsmith__                        __Carol M. Highsmith__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
### District of Maryland

In re   __Carol M. Highsmith Photography Incorporated__        Case No. _____

                              Debtor(s)        Chapter   __7__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __March 26, 2020__               __/s/ Carol M. Highsmith__
                                          __Carol M. Highsmith__/__President__
                                          Signer/Title

.

Advantage Leasing Corp.
Attn: Dimitrios Kolintzas
13400 Bishop's Lane, Suite 280
Brookfield, WI 53005


American Express Gold
PO Box 981535
El Paso, TX 79998


American Express Hilton
PO Box 981535
El Paso, TX 79998


American Express Platinum
PO Box 981535
El Paso, TX 79998


Ampil Leasing
Insight Investments, LLC
611 Anton Blvd., Suite 700
Costa Mesa, CA 92626


Amy Z. Cleary
605 Morgan Avenue, Suite 3
Brooklyn, NY 11222


BB&T Bank Retail Lending
PO Box 580048
Charlotte, NC 28258-0048


BB&T Commercial Equipment Capital Corp.
2 Great Valley Parkway, Suite 300
Malvern, PA 19355


Ben Sam
6419 Thrasher Loop
Westerville, OH 43081

Bluevine
Attn: Giosue D'Esposito, Resolution Dept
30 Montgomery Street, #1400
Jersey City, NJ 07302


BSB Leasing
Attn: Justin Sedillo, Account Rep.
PO Box 2149
Gig Harbor, WA 98335


Carol M. Highsmith
7501 Carroll Avenue
Takoma Park, MD 20912-5715


Carol M. Highsmith
7501 Carroll Avenue
Takoma Park, MD 20912


CHTD Company
PO Box 2576
Springfield, IL 62708


CIBM Bank
2323 N. Mayfair Road
Waukesha, WI 53186


CIT Bank, N.A.
10201 Centurion Parkway N. #100
Jacksonville, FL 32256


Coconut Funding LLC
c/o Rhett A. Frimet, Esq
10 East 40th Street, 46th Floor
New York, NY 10016

Creditors Relief, LLC
Coconut Funding
Kim S. Cassisa, Managing Negotiator
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632


Crestmark Vendor Finance
 a division of MetaBank
5480 Corporate Drive, Suite 350
Troy, MI 48098


Crestmark Vendor Finance,
 a division of MetaBank
5480 Corporate Drive, Suite 350
Troy, MI 48098


Elan
P.O. Box 790408
Saint Louis, MO 63179-0408


Financial Pacific Leasing, Inc.
Attn: Mason Allbright, Asset Recovery
PO Box 4568
Auburn, WA 98001


Ford Motor Credit
PO Box 17948
Greenville, SC 29606-4016


Fundbox
Attn: Resolutions Department
300 Montgomery Street, Suite 900
San Francisco, CA 94104


Green Capital Funding, LLC
GSC Funding
Attn: David Singfer
53 Mason Street
Greenwich, CT 06830

Kris Von Ahn
46 Frontenac Estates Dr.
Saint Louis, MO 63131


Leaf Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103


Leaf Capital Funding, LLC
2005 Market Street, Suite 1400
Philadelphia, PA 19103


LG Funding LLC
1218 Union Street
Brooklyn, NY 11225


Mintaka Financial, LLC
PO Box 2149
Gig Harbor, WA 98335


Pawnee Leasing Corporation
Attn: Brian Plaster, Collections Div.
3801 Automation Way, Suite 207
Fort Collins, CO 80525


Pro Photo Camera
Attn: Sally Baghdassarian
2000 Pennsylvaina Avenue, NW
Washington, DC 20006


U.S. Bank Equipment Finance, a division
 of U.S. Bank National Association
1310 Madrid Street, Suite 100
Marshall, MN 56258


UniFi Equipment Finance, Inc.
Attn Cynthia Bolin, Portfolio Specialist
3893 Research Park Drive
Ann Arbor, MI 48108

```
Western Equipment Finance, Inc.
503 Highway 2 West
Devils Lake, ND 58301
```

# United States Bankruptcy Court
## District of Maryland

In re **Carol M. Highsmith Photography Incorporated**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Carol M. Highsmith Photography Incorporated** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 26, 2020**

Date

**/s/ Brent C. Strickland**

**Brent C. Strickland 22704**

Signature of Attorney or Litigant

Counsel for **Carol M. Highsmith Photography Incorporated**

**Whiteford, Taylor & Preston LLP**
**Seven Saint Paul Street**
**Suite 1500**
**Baltimore, MD 21202-1636**

**bstrickland@wtplaw.com**