| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Carol M. Highsmith Photography Incorporated** <br> Name | EIN | **52–2093005** |
| United States Bankruptcy Court **District of Maryland** <br> Case number: **20–13871 TJC**   Chapter: **7** | | Date case filed for chapter **7**   **3/26/20** | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Carol M. Highsmith Photography Incorporated | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7501 Carroll Avenue <br> Takoma Park, MD 20912 | |
| 4. | **Debtor's attorney** <br> Name and address | Brent C. Strickland <br> 7501 Wisconsin Avenue <br> Suite 700W <br> Bethesda, MD 20814 | Contact phone (410) 347–8700 <br> Email: bstrickland@wtplaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Gary A. Rosen <br> One Church Street <br> Suite 800 <br> Rockville, MD 20850 | Contact phone (301) 251–0202 <br> Email: |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Greenbelt Division <br> 6500 Cherrywood Lane, Ste. 300 <br> Greenbelt, MD 20770 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Hours open: <br> 8:45 – 4:00 PM <br><br> Contact phone (301) 344–8018 <br><br> Date: 3/26/20 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 5, 2020 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770** |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor  **Carol M. Highsmith Photography Incorporated**                                                                  Case number **20–13871**

| | | |
|---|---|---|
| **8.** | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| **9.** | **Deadlines:** <br> Papers must be *received* by the bankruptcy clerk's office by the following deadlines: | **Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:** <br><br> **Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors. |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |